UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| STACY KERENTOFF, ) | |
| ) | Case No. 2:10−cv−14973−GCS −RSW |
| Plaintiff, ) | |
| ) | |
| v. ) | Hon. George Caram Steeh |
| ) | |
| DELANOR KEMPER & ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, STACY KERENTOFF, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: April 12, 2011     RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.


By: /s/ Michael S. Agruss

Michael S. Agruss
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
CA SBN 259567
Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

    I, Michael S. Agruss, certify that a true and correct copy of the foregoing was served electronically via kimberly.bryant@dkallc.com upon opposing counsel of record.

By: /s/ Michael S. Agruss  
Michael S. Agruss  
Attorney for Plaintiff
