UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| STACY KERENTOFF, | ) |
| | ) Case No. 2:10−cv−14973−GCS −RSW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DELANOR KEMPER & ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

STACY KERENTOFF (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, DELANOR KEMPER & ASSOCIATES, LLC (Defendant), in this case.

DATED: April 29, 2011          RESPECTFULLY SUBMITTED,

                               KROHN & MOSS, LTD.


                               By: /s/ Michael S. Agruss

                               Michael S. Agruss
                               Krohn & Moss, Ltd.
                               10474 Santa Monica Blvd., Suite 401
                               Los Angeles, CA 90025
                               Tel: 323-988-2400 x235
                               Fax: 866-583-3695
                               magruss@consumerlawcenter.com
                               CA SBN 259567
                               Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

    I, Michael S. Agruss, certify that a true and correct copy of the foregoing was served electronically via kimberly.bryant@dkallc.com upon opposing counsel of record.

By: /s/ Michael S. Agruss  
Michael S. Agruss  
Attorney for Plaintiff
